ACCEPTED
01-15-00930-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/28/2015 2:03:52 PM
CHRISTOPHER A. PRINE
CLERK

RECEIVED
Chris Daniel - District Clerk Harris County
Envelope No. 7279952
By: STEPHEN JACKSON
Filed: 10/28/2015 2:03:52 PM

**Cause No. 2014-02549**

| | | |
|---|---|---|
| Stefanie Jo Baker, | § | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>11/12/2015 8:00:00 AM<br>CHRISTOPHER A. PRINE<br>Clerk |
| | § | |
| *Plaintiff,* | § | **In the District Court of** |
| | § | |
| v. | § | **Harris County, Texas** |
| | § | |
| Harris County, Texas, | § | **295th Judicial District** |
| | § | |
| *Defendant.* | § | |

## Defendant Harris County, Texas' Notice of Appeal

Defendant Harris County, Texas (Harris County), desires to appeal from the Order denying Harris County's plea to the jurisdiction signed by the Court on October 14, 2015. Harris County appeals to either the First or the Fourteenth Court of Appeals.

Harris County has not previously filed a related appeal or original proceeding in either the First or Fourteenth Court of Appeals.

The appeal of this case is an accelerated appeal. This case is not a parental termination or child protection case as defined by Texas Rule of Appellate Procedure 28.4.

Respectfully submitted,

Vince Ryan
County Attorney

*/s/ Keith A. Toler*

Keith A. Toler
Assistant County Attorney
Texas Bar No. 24088541
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5265
Facsimile: (713) 755-8924
Email: Keith.Toler@cao.hctx.net

Counsel for Defendant
Harris County, Texas

For Official Governmental Use Only - Do Not Disseminate to the Public: 67648119 - Page 1 of 2

## Certificate of Service

I certify that on October 28, 2015, I delivered a true and correct copy of this notice to counsel for the parties listed below in accordance with the Texas Rules of Civil Procedure.

James L. Krell
Ron S. Rainey
Tritico Rainey PLLC
1212 Durham Drive
Houston, Texas 77007

Counsel for Plaintiff


F. Clinton Gambill, II
Senior Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002

Counsel for Defendant


/s/ Keith A. Toler
Keith A. Toler
Assistant County Attorney

For Official Governmental Use Only - Do Not Disseminate to the Public: 67648119 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 11, 2015

Certified Document Number:        67648119 Total Pages:  2

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**